**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN ___ District of ___ FLORIDA ___
(State)

Case number (*If known*): _____   Chapter __11__



FILED-USBC, FLS-MIA
'25 JAN 13 AM 8:53

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

LACAYO REAL ESTATE GROUP LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

8 7 – 2 1 8 1 8 6 8

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 10890 N.W. 17 STREET | 2001 N.W. 107th AVENUE, SUITE 250 |
| Number    Street | Number    Street |
| 100 | |
| | P.O. Box |
| DORAL    FL    33172 | DORAL    FL    33172 |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| MIAMI-DADE | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

**5. Debtor's website (URL)**

Debtor    **LACAYO REAL ESTATE GROUP LLC**        Case number *(if known)*_____
Name

| | |
|---|---|
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

     ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☒ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                       MM / DD / YYYY
        District _____ When _____ Case number _____
                       MM / DD / YYYY

Debtor   **LACAYO REAL ESTATE GROUP LLC** _____     Case number (if known)_____
         Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☒ No <br> ☐ Yes.  Debtor _____  Relationship _____ <br><br> District _____  When _____ <br> MM / DD / YYYY <br><br> Case number, if known _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                          Number         Street

_____
City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

| Debtor | LACAYO REAL ESTATE GROUP LLC | Case number (if known) |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | | |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | | |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | | |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | | |
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | | |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | | |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | | |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/10/2025
  MM / DD / YYYY

**x** _[signature]_
Signature of authorized representative of debtor

Title  MGR

SOPHIA G. LACAYO SIERO
Printed name

**18. Signature of attorney**

**x** _[signature]_
Signature of attorney for debtor

Date  01/10/2025
  MM / DD / YYYY

JOSE M. SANCHEZ, ESQ.
Printed name

JMS LAW, P.A.
Firm name

8355 W. FLAGLER STREET, #322
Number        Street

MIAMI
City

FL
State

33144
ZIP Code

786-351-1935
Contact phone

JMS_LAW@YAHOO.COM
Email address

0050288
Bar number

FL
State

**Fill in this information to identify the case:**

Debtor name __LACAYO REAL ESTATE GROUP LLC__

United States Bankruptcy Court for the: __SOUTHERN__   District of __FL__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................   $ __3,245,000__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................   $ ____0____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................   $ __3,245,000__

---

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........   $ 2,307,561.20

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...................................   $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................   + $ 25,000

4. **Total liabilities**...................................................................................................................   $ 2,332,561.20
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name  LACAYO REAL ESTATE GROUP LLC

United States Bankruptcy Court for the:  SOUTHERN ____ District of __FL__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number
   3.1. _____    _____    ____ ____ ____ ____    $_____
   3.2. _____    _____    ____ ____ ____ ____    $_____

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____

---

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____    $_____
   7.2. _____    $_____

---

Debtor  **LACAYO REAL ESTATE GROUP LLC**
Name                                          Case number (if known)_____

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $_____

8.2._____  $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                           $_____

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | _____ | – | _____ | = ........➔ | $_____ |
| 11b. Over 90 days old: | _____ | – | _____ | = ........➔ | $_____ |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                      $_____

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

Valuation method used for current value / Current value of debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $_____

14.2. _____  _____  $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                 % of ownership:

15.1._____  _____%  _____  $_____

15.2._____  _____%  _____  $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____  _____  $_____

16.2._____  _____  $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                         $_____

---

Debtor    LACAYO REAL ESTATE GROUP LLC                                      Case number (if known)_____
_____
              Name

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                                                    $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor     LACAYO REAL ESTATE GROUP LLC                    Case number (if known)_____
           _____
           Name

33. **Total of Part 6.**                                                                    $_____
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                                    $_____
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor    LACAYO REAL ESTATE GROUP LLC
           _____
           Name

Case number (if known)_____

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $_____ |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor   LACAYO REAL ESTATE GROUP LLC

_Name_

Case number _(if known)_____

---

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Retail Space, 10890 NW 17 Street, Unit 100, Doral, FL 33172 | Owner | $_____ | _____ | $ 2,065,000 |
| 55.2 Retail Space, 10890 NW 17 Street, Unit 102, Doral, FL 33172 | Owner | $_____ | _____ | $ Included Jointly with 1 above |
| 55.3 Retail Space, 10890 NW 17 Street, Unit 111, Doral, FL 33172 | Owner | $_____ | _____ | $ 1,180,000 |
| 55.4 Retail Space, 10890 NW 17 Street, Unit 120, Doral, FL 33172 | Owner | $_____ | _____ | $ Included Jointly with 3 above |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 3,245,000

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| **61. Internet domain names and websites** | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| **65. Goodwill** | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor    LACAYO REAL ESTATE GROUP LLC
_____    Case number (if known)_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  —  _____  = →  $_____
                                  Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| _____ | Tax year _____ | $_____ |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| _____ | $_____ |
|---|---|
| _____ | $_____ |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    LACAYO REAL ESTATE GROUP LLC
_____
                Name

Case number *(if known)*_____

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................→ | | $ 3,245,000 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column...............91a. | $ 0 | + 91b. $ 3,245,000 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................................................................    $ 3,245,000

**Fill in this information to identify the case:**

Debtor name  LACAYO REAL ESTATE GROUP LLC

United States Bankruptcy Court for the:  SOUTHERN    District of  FL
(State)

Case number (If known): _____

❑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name <br> Inlight Investments LLC | Describe debtor's property that is subject to a lien <br> 10890 NW 17th Street <br> Units 100 & 102 <br> Doral, FL 33172 | $ 1,472,975.68 | $ 2,065,000.00 |

**2.1**

Creditor's name
**Inlight Investments LLC**

Creditor's mailing address
P.O. Box 310246
Miami, Florida 33231

Creditor's email address, if known

Date debt was incurred    09/19/2023
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
❑ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
10890 NW 17th Street
Units 100 & 102
Doral, FL 33172

Describe the lien

Is the creditor an insider or related party?
☑ No
❑ Yes

Is anyone else liable on this claim?
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 1,472,975.68          $ 2,065,000.00

**2.2**

Creditor's name
**Inlight Investments LLC**

Creditor's mailing address
P.O. Box 310246
Miami, FL 33231

Creditor's email address, if known

Date debt was incurred    09/19/2023
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
❑ Yes. Have you already specified the relative priority?
   ❑ No. Specify each creditor, including this creditor, and its relative priority.

   ❑ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
10890 NW 17th Street
Units 111 & 120
Doral, FL 33172

Describe the lien

Is the creditor an insider or related party?
☑ No
❑ Yes

Is anyone else liable on this claim?
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 834,585.63          $ 1,180,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 2,307,561.20

Debtor  **LACAYO REAL ESTATE GROUP LLC**
_____
Name

Case number (if known)_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Sebastian Jaramillo, Esq.<br>283 Catalonia Avenue, Suite 200<br>Coral Gables, FL 33134 | Line 2. _1_ | __ __ __ __ |
| Sebastian Jaramillo, Esq.<br>283 Catalonia Avenue, Suite 200<br>Coral Gables, FL 33134 | Line 2. _2_ | __ __ __ __ |
| Sebastian Jaramillo, Esq.<br>283 Catalonia Avenue, Suite 200<br>Coral Gables, FL 33134 | Line 2. _1_ | __ __ __ __ |
| Sebastian Jaramillo, Esq.<br>283 Catalonia Avenue, Suite 200<br>Coral Gables, FL 33134 | Line 2. _2_ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor  **LACAYO REAL ESTATE GROUP LLC**

United States Bankruptcy Court for the:  **SOUTHERN**  District of  **FL**
(State)

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
Miami Dade County Tax Collector

200 NW 2nd Avenue

Miami, Fl 33128

**Date or dates debt was incurred**
12/31/2024

**Last 4 digits of account**
number   0  0  1  0

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ **56,515.80**   $ **56,515.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Property Taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2** **Priority creditor's name and mailing address**
Miami Dade County Tax Collector

200 NW 2nd Avenue

Miami, Fl 33128

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
number   0  0  3  0

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 11,275.64   $ 11,275.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Property Taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.3** **Priority creditor's name and mailing address**
Miami Dade County Tax Collector

200 NW 2nd Avenue

Miami, FL 33128

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
number   0  1  2  0

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 11,275.64   $ 11,275.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Property Taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____    Case number (if known)_____
　　　　　Name

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2._** Priority creditor's name and mailing address

$ 11,275.64　　　$ 11,275.64

Miami Dade County Tax Collector

200 NW 2nd Avenue

Miami, Fl 33128

**Date or dates debt was incurred**
12/31/2024

**Last 4 digits of account number** _0_ _2_ _1_ _0_

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Property Taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2._** Priority creditor's name and mailing address

$_____　　　$_____

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2._** Priority creditor's name and mailing address

$_____　　　$_____

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2._** Priority creditor's name and mailing address

$_____　　　$_____

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    LACAYO REAL ESTATE GROUP LLC _____    Case number (if known)_____
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

Keystone Consulting Group
445 Broad Hollow Rd., Suite #25
Melville, NY 11747

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Broker Fee

$ 25,000

Date or dates debt was incurred

Last 4 digits of account number    x  x  x  x

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Dolphin Citycenter Condominium Association, Inc.

2051 NW 112th Avenue, Unit 111
Sweetwater, FL 33172

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:    Association Fees

$ 5,975.13

Date or dates debt was incurred

Last 4 digits of account number    0  1  2  0

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Dolphin Citycenter Condominium Association, Inc.

2051 NW 112th Avenue, Unit 111
Sweetwater, FL 33172

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:    Association Fees

$ 1,522.47

Date or dates debt was incurred

Last 4 digits of account number    0  1  1  1

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Dolphin Citycenter Condominium Association, Inc.

2051 NW 112th Avenue, Unit 111
Sweetwater, FL 33172

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:    Association Fees

$ 1,522.97

Date or dates debt was incurred

Last 4 digits of account number    0  1  0  2

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Dolphin Citycenter Condominium Association, Inc.

2051 NW 112th Avenue, Unit 111
Sweetwater, FL 33172

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:    Association Fees

$ 624.56

Date or dates debt was incurred

Last 4 digits of account number    0  1  0  0

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____     Case number *(if known)*_____
         Name

| Part 2: | Additional Page |

| | Amount of claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Debtor  LACAYO REAL ESTATE GROUP LLC _____   Case number (*if known*)_____

      Name

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
| --- | --- |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.1. | Line _____ ☐ Not listed. Explain _____ | — — — — |
| 4.2. | Line _____ ☐ Not listed. Explain _____ | — — — — |
| 4.3. | Line _____ ☐ Not listed. Explain _____ | — — — — |
| 4.4. | Line _____ ☐ Not listed. Explain _____ | — — — — |
| 41. | Line _____ ☐ Not listed. Explain _____ | — — — — |
| 4.5. | Line _____ ☐ Not listed. Explain _____ | — — — — |
| 4.6. | Line _____ ☐ Not listed. Explain _____ | — — — — |
| 4.7. | Line _____ ☐ Not listed. Explain _____ | — — — — |
| 4.8. | Line _____ ☐ Not listed. Explain _____ | — — — — |
| 4.9. | Line _____ ☐ Not listed. Explain _____ | — — — — |
| 4.10. | Line _____ ☐ Not listed. Explain _____ | — — — — |
| 4.11. | Line _____ ☐ Not listed. Explain _____ | — — — — |

Debtor    LACAYO REAL ESTATE GROUP LLC
_____
Name

Case number *(if known)*_____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ _____ _____ | Line ____ ❏ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line ____ ❏ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line ____ ❏ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line ____ ❏ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line ____ ❏ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line ____ ❏ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line ____ ❏ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line ____ ❏ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line ____ ❏ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line ____ ❏ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line ____ ❏ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line ____ ❏ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line ____ ❏ Not listed. Explain _____ _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line ____ ❏ Not listed. Explain _____ _____ | ___ ___ ___ ___ |

Debtor    LACAYO REAL ESTATE GROUP LLC
          _____
          Name

Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a.  **Total claims from Part 1**          5a.    $    0    _____

5b.  **Total claims from Part 2**          5b.  **+**  $   25,000   _____

5c.  **Total of Parts 1 and 2**            5c.    $    25,000    _____
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name   LACAYO REAL ESTATE GROUP LLC

United States Bankruptcy Court for the: SOUTHERN          District of  FL
                                                          (State)

Case number (If known): _____          Chapter  11

☐ Check if this is an
  amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Retail Space; Debtor is Landlord | Lacayo Trade Group Inc. |
| | | | 2001 NW 107th Avenue, Suite 250, Doral, Florida 33172 |
| | State the term remaining | 4 years | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Retail Space; Debtor is Landlord | QC Tax Pro System LLC |
| | | | 2001 NW 107th Avenue, Suite 250, Doral, Florida 33172 |
| | State the term remaining | 4 years | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Retail Space; Debtor is Landlord | MTL Nationwide Group LLC |
| | | | 2001 NW 107th Avenue, Suite 250, Doral, Florida 33172 |
| | State the term remaining | 4 years | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Retail space; Debtor is Landlord | QC Pro Hialeah Inc. |
| | | | 2456 W. 60th Street, Hialeah, Florida 33016 |
| | State the term remaining | 4 years | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  LACAYO REAL ESTATE GROUP LLC

United States Bankruptcy Court for the:  SOUTHERN          District of  FL
                                                                          (State)

Case number (If known):  _____

☐ Check if this is an
   amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br><br> City ____ State ____ ZIP Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> City ____ State ____ ZIP Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> City ____ State ____ ZIP Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> City ____ State ____ ZIP Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br><br> City ____ State ____ ZIP Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br><br> City ____ State ____ ZIP Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor _____    Case number (if known) _____
                Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |

2.___  _____    _____    _____    ☐ D
                       Street                                           ☐ E/F
                       _____                     ☐ G

                       _____
                       City         State    ZIP Code

2.___  _____    _____    _____    ☐ D
                       Street                                           ☐ E/F
                       _____                     ☐ G

                       _____
                       City         State    ZIP Code

2.___  _____    _____    _____    ☐ D
                       Street                                           ☐ E/F
                       _____                     ☐ G

                       _____
                       City         State    ZIP Code

2.___  _____    _____    _____    ☐ D
                       Street                                           ☐ E/F
                       _____                     ☐ G

                       _____
                       City         State    ZIP Code

2.___  _____    _____    _____    ☐ D
                       Street                                           ☐ E/F
                       _____                     ☐ G

                       _____
                       City         State    ZIP Code

2.___  _____    _____    _____    ☐ D
                       Street                                           ☐ E/F
                       _____                     ☐ G

                       _____
                       City         State    ZIP Code

2.___  _____    _____    _____    ☐ D
                       Street                                           ☐ E/F
                       _____                     ☐ G

                       _____
                       City         State    ZIP Code

2.___  _____    _____    _____    ☐ D
                       Street                                           ☐ E/F
                       _____                     ☐ G

                       _____
                       City         State    ZIP Code

Fill in this information to identify the case and this filing:

Debtor Name __LACAYO REAL ESTATE GROUP LLC__

United States Bankruptcy Court for the: __SOUTHERN__ District of __FLORIDA__
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/10/2025__          ☒ _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

__SOPHIA G. LACAYO SIERO__
Printed name

__MGR__
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  LACAYO REAL ESTATE GROUP LLC

United States Bankruptcy Court for the:  SOUTHERN  District of  FL
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☒ Other    Rental | $ 27,600.00 |
| For prior year: | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | ☐ Operating a business<br>☒ Other    Rental | $ 293,788.80 |
| For the year before that: | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☐ Operating a business<br>☒ Other    Rental | $ 290,880.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor  LACAYO REAL ESTATE GROUP LLC
_____  Case number (if known)_____
       Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|--------------------------------------------------------------|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | | | | |
| | Creditor's name | | $_____ | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City      State    ZIP Code | | | ☐ Other _____ |
| 3.2. | | | | |
| | Creditor's name | | $_____ | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City      State    ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | | |
| | Insider's name | | $_____ | _____ |
| | Street | | | _____ |
| | City      State    ZIP Code | | | _____ |
| | **Relationship to debtor** | | | |
| | | | | |
| 4.2. | | | | |
| | Insider's name | | $_____ | _____ |
| | Street | | | _____ |
| | City      State    ZIP Code | | | _____ |
| | **Relationship to debtor** | | | |

Debtor    __LACAYO REAL ESTATE GROUP LLC__    Case number *(if known)*_____
　　　　　　Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City　　　　State　ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City　　　　State　ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City　　　　State　ZIP Code | Last 4 digits of account number: XXXX– _ _ _ _ | | |

---

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City　　State　ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City　　State　ZIP Code | |

Debtor    LACAYO REAL ESTATE GROUP LLC
_____
Name

Case number (if known)_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| City          State     ZIP Code | Case number | Street |
| | Date of order or assignment | City          State          ZIP Code |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | | _____ | $_____ |

---

Debtor    LACAYO REAL ESTATE GROUP LLC _____    Case number (if known)_____
          Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | _____ | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | _____ | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    LACAYO REAL ESTATE GROUP LLC
_____    Case number (if known)_____
    Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | $_____ |
| | _____ | _____ | | |
| | Address | _____ | | |
| | Street | | | |
| | | | | |
| | City        State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |
| 13.2. | Who received transfer? | | | $_____ |
| | _____ | _____ | _____ | |
| | Address | | | |
| | Street | | | |
| | | | | |
| | City        State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | Street | From _____ | To _____ |
| | City        State    ZIP Code | | |
| 14.2. | Street | From _____ | To _____ |
| | City        State    ZIP Code | | |

---

Debtor   LACAYO REAL ESTATE GROUP LLC
         _____          Case number (if known)_____
         Name

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* ☐ Electronically ☐ Paper |
| City          State          ZIP Code | | |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* ☐ Electronically ☐ Paper |
| City          State          ZIP Code | | |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

         Name of plan                                    Employer identification number of the plan

         _____          EIN: __ __ – __ __ __ __ __ __ __

         Has the plan been terminated?

         ☐ No

         ☐ Yes

---

Debtor  **LACAYO REAL ESTATE GROUP LLC**
Name

Case number *(if known)*_____

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo Bank<br>Name<br>P.O. Box 6995<br>Street<br><br>Portland,  OR  97228<br>City    State   ZIP Code | XXXX– 5  3  4  5 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 09/27/2024 | $ 0.00 |
| 18.2. | Chase Bank<br>Name<br>P.O. Box 182051<br>Street<br><br>Columbus,  OH  43218<br>City    State   ZIP Code | XXXX– 2  8  0  5 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 12/19/2024 | $ 648.24 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State   ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State   ZIP Code | Address | | ☐ No<br>☐ Yes |

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 8

Debtor   **LACAYO REAL ESTATE GROUP LLC**_____   Case number *(if known)*_____
_____Name_____

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

▣ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▣ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▣ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| Case number | Name | _____ | ☐ On appeal |
| _____ | Street | _____ | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor  **LACAYO REAL ESTATE GROUP LLC**
Name

Case number (if known)_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

|       | Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name
Street
City          State     ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __
**Dates business existed**
From _____   To _____ |
| 25.2. | Name
Street
City          State     ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __
**Dates business existed**
From _____   To _____ |
| 25.3. | Name
Street
City          State     ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __
**Dates business existed**
From _____   To _____ |

---

Debtor    **LACAYO REAL ESTATE GROUP LLC**      Case number *(if known)*_____
      Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.    **Sophia G. Lacayo Siero**      From 01/01/2023    To 12/31/2024
      Name
      2001 NW 107th Avenue, Suite 250
      Street

      Doral,       FL       33172
      City       State       ZIP Code

| Name and address | Dates of service |
|---|---|

26a.2.      From _____    To _____
      Name

      Street

      City       State       ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|

26b.1.      From _____    To _____
      Name

      Street

      City       State       ZIP Code

| Name and address | Dates of service |
|---|---|

26b.2.      From _____    To _____
      Name

      Street

      City       State       ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.    Sophia G. Lacayo Siero
      Name
      2001 NW 107th Avenue, Suite 250
      Street

      Doral,       FL       33172
      City       State       ZIP Code

---

Debtor    **LACAYO REAL ESTATE GROUP LLC**                    Case number *(if known)*_____
          Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | | |
| | Name | |
| | Street | |
| | City                          State              ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Internal Revenue Service |
| | Name |
| | 51 SW 1st Avenue |
| | Street |
| | Miami                          FL              33131 |
| | City                          State              ZIP Code |

| | Name and address |
|---|---|
| 26d.2. | |
| | Name |
| | Street |
| | City                          State              ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

| 27.1. | |
|---|---|
| Name | |
| Street | |
| City                          State              ZIP Code | |

---

Debtor    LACAYO REAL ESTATE GROUP LLC                    Case number *(if known)*_____
_____Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |
| Name and address of the person who has possession of inventory records | | |

27.2.

Name _____

Street _____

City _____  State _____  ZIP Code _____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name _____ | _____ | _____ | _____ |
| Street _____ | | | |
| City _____ State _____ ZIP Code _____ | | | |
| Relationship to debtor | | | |

Debtor  LACAYO REAL ESTATE GROUP LLC
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name                                          Case number (if known)‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

---

**Name and address of recipient**

30.2  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
      Name

      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
      Street

      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
      City              State      ZIP Code

      **Relationship to debtor**
      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☒ No
    ☐ Yes. Identify below.

    **Name of the parent corporation**                    **Employer Identification number of the parent
                                                           corporation**

    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                              EIN: __ __ – __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☒ No
    ☐ Yes. Identify below.

    **Name of the pension fund**                          **Employer Identification number of the pension fund**

    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                              EIN: __ __ – __ __ __ __ __ __ __

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/10/2025
             ‾‾‾‾‾‾‾‾‾‾‾
             MM / DD / YYYY

✗ ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾        Printed name  Sophia G. Lacayo Siero
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor ___MGR____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒  No
☐  Yes

---